UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE LAVERNE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | No. 5:14-CV-401-RJ |
| ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [DE-20] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-24] is ALLOWED, and Defendant's final decision is affirmed.

This Judgment Filed and Entered on September 24, 2015 with service on:
Paul B. Eaglin (via Notice of Electronic Filing)
Mark Goldenberg (via Notice of Electronic Filing)

|  |  |
|---|---|
|  | JULIE RICHARDS JOHNSTON, CLERK |
| DATE | /s/ Jacqueline B. Grady |
| September 24, 2015 | Jacqueline B. Grady, Deputy Clerk |